IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| REPUBLIC-CHARLESTON LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C/A No. 2:10-CV-1689-DCN |
| vs. | ) | |
| | ) | |
| MDC OF CHARLESTON, LLC, | ) | **ORDER** |
| BENEDICT T. MARINO, and | ) | |
| JOHN CHALSTY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for a temporary restraining order and preliminary injunction. Having thoroughly considered the parties' written and oral submissions, the court **DENIES** plaintiff's motion. The court reserves the right to supplement this order at a later date with an opinion explaining its reasoning.

**AND IT IS SO ORDERED**.

**DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE**

**July 8, 2010
Charleston, South Carolina**

1